STATE *v.* HOLDER.

APPEAL by defendants from *Preyer, J.,* 9 January, 1956 Civil Term, GUILFORD Superior Court.

Civil action instituted in the Municipal-County Court, Guilford County, on 7 July, 1955, for the recovery of $330.53 damages for breach of contract. The defendants did not answer, though duly served with summons and copies of the complaint. Judgment by default and inquiry was entered 16 August, 1955, and on 1 September, 1955, the court, after hearing evidence, on the inquiry as to amount of damages, adjudged the plaintiff recover of the defendant the sum of $330.53. On 1 September, 1955, the day of the inquiry, "without notice or knowing of the default judgments already entered in the cause, the defendants forwarded to the Municipal-County Court and caused to be filed . . . answer to the plaintiff's complaint." From the judgment on the inquiry, the defendants appealed to the Superior Court of Guilford County.

In the Superior Court the plaintiff filed a motion to dismiss the appeal on the ground, among others, that answer had not been filed and that notice of appeal was not timely given. Judge Preyer, after hearing, found facts in accordance with the plaintiff's motion and on 8 February, 1956, signed judgment affirming the judgment of the Municipal-County Court and dismissing the appeal. The defendants appealed to this Court, assigning errors.

*Shuping & Shuping for plaintiff, appellee.*
*George M. Anderson for defendants, appellants.*

JOHNSON, J., not sitting.

---

STATE v. OSCAR HOLDER (AND OTHERS NOT APPEALING).

(Filed 28 November, 1956.)

APPEAL by defendant Oscar Holder from *Gwyn, J.,* at 6 February, 1956, Criminal Term of GUILFORD.

STATE v. HOLDER.

Criminal prosecution upon bill of indictment No. 4140 charging defendants Oscar Holder and Roxie Holder, *alias* Roxie Cumbee, with felonious assault upon one E. H. Hennis, with a deadly weapon, to wit, a certain rock, with intent to kill, inflicting serious injury, not resulting in death, consolidated for trial with other bills of indictment, including No. 4139 charging E. H. Hennis with assault upon Oscar Holder with a deadly weapon.

Upon trial in Superior Court the case was submitted to the jury upon evidence offered, and under the charge of the court.

Verdict in No. 4140: Both defendants are guilty of assault with deadly weapon.

Judgment: As to defendant Roxie Holder, *alias* Roxie Cumbee, prayer for judgment continued; and as to defendant Oscar Holder, judgment is that he be confined in common jail of Guilford County for the term of twelve (12) months, to be assigned to work under supervision of the State Highway and Public Works Commission.

Defendant Oscar Holder appeals therefrom to Supreme Court and assigns error.

*Attorney-General Patton and Assistant Attorney-General Love for the State.*

*Adam Younce and T. Glenn Henderson for Defendant Appellant.*

PER CURIAM. The evidence offered upon the trial below taken in the light most favorable to the State, is abundantly sufficient to take the case to the jury, and to support the verdict returned by the jury, on which judgment rests.

And upon consideration of all exceptions taken in the course of the trial, and to the charge of the court, as a whole, prejudicial error is not made to appear. Hence in the judgment from which appeal is taken there is

No error.

JOHNSON, J., not sitting.